B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Central District of California

In re  Miguel Acevedo
      Angela Acevedo
                    Debtor(s)

Case No.  2:10-bk-20179-SB
Chapter   7

# DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, _Miguel Acevedo_, the debtor in the above-styled case, hereby certify that on _12/17/2009_, I completed an instructional course in personal financial management provided by _Black Hills Children's Ranch, Inc._, an approved personal financial management provider.

Certificate No. (if any): _00437-CAC-CC-009353608_.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:
  ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
  ☐ Active military duty in a military combat zone; or
  ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: _/s/ Miguel Acevedo_

Date: April 30, 2010

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 00437-CAC-DE-010784192

Bankruptcy Case Number: 10-20179

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on April 28, 2010, at 6:16 o'clock PM MDT,

Miguel Acevedo completed a course on personal financial management given by internet by

Black Hills Children's Ranch, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: April 28, 2010    By    /s/Sully Serrano

Name    Sully Serrano

Title    Credit Counselor

B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Central District of California

In re  Miguel Acevedo
       Angela Acevedo
                              Debtor(s)

Case No.  2:10-bk-20179-SB
Chapter   7

# DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐ I, ____, the debtor in the above-styled case, hereby certify that on ____, I completed an instructional course in personal financial management provided by ____, an approved personal financial management provider.

Certificate No. (if any): ____.

■ I, __Angela Acevedo__, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

■ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
☐ Active military duty in a military combat zone; or
☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: __/s/ Angela Acevedo__
                    Angela Acevedo

Date: April 30, 2010

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 00437-CAC-DE-010784193

Bankruptcy Case Number: 10-20179

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on April 28, 2010, at 6:16 o'clock PM MDT,

Angela Acevedo completed a course on personal financial

management given by internet by

Black Hills Children's Ranch, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Central District of California.

Date: April 28, 2010     By    /s/Sully Serrano

                         Name  Sully Serrano

                         Title Credit Counselor