| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>175497<br>☒ *Attorney for Debtor* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER: 7 |
|---|---|
| In re:<br><br>Miguel Acevedo and Angela Acevedo<br><br>Debtor. | CASE NUMBER   2:10-BK-20179-PC<br><br><br><br>(No Hearing Required) |

## NOTICE OF MOTION UNDER LOCAL BANKRUPTCY RULE 9013-1(o) FOR:

DEBTOR MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

1. TO*(specify name)*: HONORABLE UNITED STATES BANKRUPTCY JUDGE, CHAPTER 7 TRUSTEE, AND ALL CREDITORS AND ITS ATTORNEYS OF RECORDS

2. NOTICE IS HEREBY GIVEN that Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion filed by Movant, a brief description of which is contained in the Description of Relief Sought attached hereto and served and filed herewith. Said Motion is based upon the grounds set forth in the said Motion and accompanying Description of Relief Sought. Said Motion is made pursuant to Local Bankruptcy Rule 9013-1(g)(1), which provides for granting of motions without a hearing. (Check appropriate box below):

   ☒   The full Motion is attached hereto.

   ☐   The full Motion has been filed with the Bankruptcy Court and a detailed description of the relief sought is attached hereto.

3. **Deadline for Opposition Papers and Request for a Hearing:** Pursuant to Local Bankruptcy Rule 9013-1(g)(1), any party objecting to the accompanying Motion may file and serve a written objection and request a hearing on this Motion. If you fail to file a written response within 14 days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: December 14, 2010

L. BISHOP AUSTIN & ASSOCIATES
*Law Firm Name*

By: _____

Name: L. Bishop Austin 175497
*Attorney for Movant*

Date Notice Mailed: December 14, 2010

December 2009    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F 9013-1.2

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Notice of Motion (L.B.R. 9013-1(o)) - *Page 2*    F 9013-1.2

| In re<br>Miguel Acevedo and Angela Acevedo | CHAPTER: 7 |
|---|---|
| Debtor(s) | CASE NO.: 2:10-BK-20179-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010

A true and correct copy of the foregoing document described as  NOTICE OF  DEBTOR MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.
On  12/14/2010   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Chapter 7 Trustee: trusteestahl@earthlink.net
US Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  12/14/2010   , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 14, 2010 | Moises Lopez | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

December 2009 — This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F 9013-1.2

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

| | | |
|---|---|---|
| MIGUEL ACEVEDO<br>11734 RANCHITO ST<br>EL MONTE, CA 91732 | ANGELA ACEVEDO<br>11734 RANCHITO ST<br>EL MONTE, CA 91732 | L. BISHOP AUSTIN<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010 |
| | MIGUEL ACEVEDO<br>11734 RANCHITO ST<br>EL MONTE, CA 91732 | ANGELA ACEVEDO<br>11734 RANCHITO ST<br>EL MONTE, CA 91732 |
| ATHENS SERVICES<br>PO BOX 60009<br>CITY OF INDUSTRY, CA 91716 | CARDMEMBER SERVICE<br>PO BOX 94014<br>PALATINE, IL 60094 | CHAPTER 7 TRUSTEE ALBERTA P STAHL<br>LAW OFFICES OF ALBERTA P STAHL<br>221 N FIGUEROA STREET, #1200<br>LOS ANGELES, CA 90012 |
| CHASE AUTO FINANCE<br>PO BOX 78101<br>PHOENIX, AZ 85062 | CITIFINANCIAL<br>PO BOX 6931<br>THE LAKES, NV 88901 | EQUIFAX CREDIT INFORMATION<br>BANKRUPTCY NOTIFICATION<br>PO BOX 740241<br>ATLANTA, GA 30374 |
| EXPERIAN<br>BANKRUPTCY NOTIFICATION<br>475 ANTON BLVD<br>COSTA MESA, CA 92626 | HOME DEPOT CREDIT SERVICES<br>PO BOX 182676<br>COLUMBUS, OH 43218-2676 | HOME DEPOT CREDIT SERVICES<br>PO BOX 6028<br>THE LAKES, NV 88901 |
| HOMEQ SERVICING<br>PO BOX 79230<br>CITY OF INDUSTRY, CA 91716 | JC PENNEY<br>PO BOX 960090<br>ORLANDO, FL 32896 | JOSE SANTOS ASEBEDO<br>11734 RANCHITO ST<br>EL MONTE, CA 91732 |
| LAC + USC MEDICAL CENTER<br>1100 N. STATE STREET<br>LOS ANGELES, CA 90033 | LITTON LOAN SERVICING<br>PO BOX 4387<br>HOUSTON, TX 77210 | MACY'S<br>PO BOX 689195<br>DES MOINES, IA 50368 |
| SEARS CREDIT CARDS<br>PO BOX 688957<br>DES MOINES, IA 50368 | TARGET NATIONAL BANK<br>PO BOX 59317<br>MINNEAPOLIS, MN 55459 | TRANS UNION CREDIT BUREAU<br>BANKRUPTCY NOTIFICATION<br>PO BOX 2000<br>CHESTER, PA 19022 |